**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7321**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM R. TALLEY,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-99-530, CA-01-2420-6-13)

———————

Submitted:  November 7, 2002      Decided:  November 15, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

William R. Talley, Appellant Pro Se.  Elizabeth Jean Howard, OFFICE
OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William R. Talley seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Talley has not made a substantial showing of the denial of a constitutional right. See United States v. Talley, Nos. CR-99-530; CA-01-2420-6-13 (D.S.C. filed July 25, 2002 & entered July 26, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2